# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER O'CONNER

Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY

Defendant(s).

Case # 3:21-cv-00057

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Shane E. Greenberg_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Morris Law Firm_____
(firm name)

with offices at _____4001 W. Alameda Ave. Suite 208_____,
(street address)

_____Burbank_____, _____California_____, _____91505_____,
(city)                          (state)                       (zip code)

_____747-283-1144_____, _____shane.greenberg@bcoonlaw.com_____.
(area code + telephone number)            (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____CHRISTOPHER O'CONNER_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __December 5, 2000__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __California__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 12/05/2000 | 210932 |
| USDC-Central District of California | December 05, 2000 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 1, 2020 | 60-CV-18-8361 | 6th Division Pulaski Circuit Ct | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
)
COUNTY OF __Los Angeles__ )

__Shane E. Greenberg__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __9th__ day of __January__, __2023__.

_____
Notary Public or Clerk of Court

ALEXI BLANCO
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2289021
LOS ANGELES COUNTY
My Comm. Exp. May 18, 2023

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Peter C. Wetherall__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Wetherall Group, Ltd., 9345 W. Sunset Road, Suite 100__,
(street address)

__Las Vegas__, __Nevada__, __89148__,
(city) (state) (zip code)

__702-838-8500__, __pwetherall@wetherallgroup.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Peter C. Wetherall_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Christopher O'Conner
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Peter C. Wetherall_
Designated Resident Nevada Counsel's signature

4414                           pwetherall@wetherallgroup.com
Bar number                     Email address

APPROVED:

Dated: this __10th__ day of __January__, 20__23__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 3, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHANE ERIN GREENBERG, #210932 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2000 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records