Peter C. Wetherall, Esq. (NV Bar No. 4414)
**WETHERALL GROUP, LTD**
9345 West Sunset Road, Suite 100
Law Vegas, NV 89148
pwethreall@wetherallgroup.com

James A. Morris, Jr., Esq. (Pro Hac Vice)
**BRENT COON & ASSOCIATES, PC**
4001 W. Alameda Ave., Suite 206
Burbank, CA 91505
jmorris@JamLawyers.com

Attorneys for Plaintiff
**CHRISTOPHER O'CONNOR**

Stephanie L. Quinn (NV Bar No. 12632)
**QUINN • COVARRUBIAS**
2220 Douglas Blvd., Suite 240
Roseville, CA  95661
T: (916) 400-2300
squinn@quinncova.com
eservice@quinncova.com

Renee M. Finch (NV Bar No. 13118)
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
rfinch@messner.com

Thomas A.P. Hayden, Esq. (Pro Hac Vice)
**UNION PACIFIC RAILROAD COMPANY**
123 North Wacker Drive, Suite 2550
Chicago, IL 60606
T: (312) 777-2011
tahayden@up.com

Attorneys for Defendant
**UNION PACIFIC RAILROAD COMPANY**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O'CONNOR, | Case No.: 3:21-cv-0057-LRG-CLB |
| | *Assigned to the Honorable Anne R. Traum* |
| Plaintiff, | |
| vs. | STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | |
| | Complaint Filed:    January 26, 2021 |
| Defendant. | Trial Date:            May 5, 2025 |

-1-
STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and local Rule 160(b), Plaintiff, CHRISTOPHER O'CONNOR, and Defendant, UNION PACIFIC RAILROAD COMPANY, hereby stipulate to the dismissal of Defendant UNION PACIFIC RAILROAD COMPANY and this matter in its entirety with prejudice and request this Court to enter an Order Dismissing this matter in its Entirety, as against UNION PACIFIC RAILROAD COMPANY with prejudice, the parties are to bear their own costs and attorney fees.

DATED:  November 13, 2024

BRENT COON & ASSOCIATES, PC

By: _____
James A. Morris, Jr., Esq.
Attorneys for Plaintiff
CHRISTOPHER O'CONNOR

DATED: November 14, 2024

QUINN • COVARRUBIAS

By: _____
Stephanie L. Quinn, Esq.
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IT IS SO ORDERED:

ORDER

The parties having Stipulated hereto and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice in its entirety, as to Defendant UNION PACIFIC RAILROAD COMPANY, and the parties are to bear their own costs and attorney fees.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

*Christopher O'conner, v Union Pacific Railroad Company, et al.*
Case No. 3:21-cv-0057-ART-CLB

## DECLARATION OF SERVICE

I, Michelle Davis, declare as follows:

I am employed in the County of Placer, State of California; I am over the age of 18 years and not a party to this action; my business address is 2220 Douglas Blvd., Suite 240, Roseville, California 95661, in said County and State. On **November 15, 2024**, I served:

**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

on the following person(s) at the following address(es), in the manner indicated below:

| ATTORNEYS FOR PLAINTIFF: | CO-COUNSEL FOR DEFENDANT UPRR: |
|---|---|
| Peter C. Wetherall, Esq. (NV Bar No. 4414) **WETHERALL GROUP, LTD** 9345 West Sunset Road, Suite 100 Law Vegas, NV 89148 E-Mail: pwetherall@WetherallGroup.com | Renee Finch (NSBN 13118) **MESSNER REEVES, LLP** 9845 West Russell Road, Suite 300 Las Vegas, NV 89148 E-mail: rfinch@Messner.com |
| James A. Morris, Jr., Esq. **BRENT COON & ASSOCIATES, PC** 4001 W. Alameda Ave., Suite 206 Burbank, CA 91505 E-Mail:  jmorris@JamLawyers.com       sgreenberg@jamlawyers.com       arodriguez@jamlawyers.com       satityan@jamlawyers.com | Thomas A.P. Hayden, Esq. (*Pro Hac Vice*) **UNION PACIFIC RAILROAD COMPANY Law Department** 101 North Wacker Drive, Room 1920 Chicago, IL 60606 Email: tahayden@up.com       alluque@up.com |

☒   **BY THE COURT'S CM/ECF SYSTEM:**  Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification to the that filing to the parties as registered

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on **November 15, 2024**, at Roseville, California.

By: _____

QUINN • COVARRUBIAS

PROOF OF SERVICE