1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER O'CONNOR,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.: 3:21-cv-0057-ART-CLB<br>*Assigned to the Honorable Anne R. Traum*<br><br>**ORDER GRANTING**<br>STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)<br><br>Complaint Filed:　January 26, 2021<br>Trial Date:　　　May 5, 2025 |

-1-
STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and local Rule 160(b), Plaintiff, CHRISTOPHER O'CONNOR, and Defendant, UNION PACIFIC RAILROAD COMPANY, hereby stipulate to the dismissal of Defendant UNION PACIFIC RAILROAD COMPANY and this matter in its entirety with prejudice and request this Court to enter an Order Dismissing this matter in its Entirety, as against UNION PACIFIC RAILROAD COMPANY with prejudice, the parties are to bear their own costs and attorney fees.

DATED: November 13, 2024

BRENT COON & ASSOCIATES, PC

By: _____
James A. Morris, Jr., Esq.
Attorneys for Plaintiff
CHRISTOPHER O'CONNOR

DATED: November 14, 2024

QUINN • COVARRUBIAS

By: _____
Stephanie L. Quinn, Esq.
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IT IS SO ORDERED:

ORDER

The parties having Stipulated hereto and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice in its entirety, as to Defendant UNION PACIFIC RAILROAD COMPANY, and the parties are to bear their own costs and attorney fees.

DATED: November 19, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE